**FILED**

03/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0269

ORIGINAL

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0269

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

KENNETH LEROY WHITLOW,

    Defendant and Appellant.

**O R D E R**

FILED

MAR 10 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

This Court granted Appellant a motion for extension of time until December 23, 2019, to file the opening brief in this matter. Nothing further was filed, and the brief became overdue. On January 3, 2020, the Court ordered Appellant to file his opening brief within thirty days or the case would be dismissed. Nothing further has been filed. It has also come to the Court's attention that Appellant died on February 14, 2020, rendering the issues in this appeal moot.

THEREFORE,

IT IS ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 10th day of March, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices